UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO GRACENOTE, INC. | Case No. 4:21-mc-80129-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled miscellaneous case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether it is related to *In re Subpoena to Gracenote, Inc.*, 21-mc-80085-AGT.

IT IS SO ORDERED.

Dated: May 20, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge